**Ross A. Day, OSB No. 002395**
ross@daylawpc.com
**Day Law, P.C.**
7831 St. Charles Street NE
Keizer, Oregon  97303
Telephone: (503) 743-6460
Facsimile: (503)
*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CAESAR'S PROCEEDS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>COOS COUNTY,<br><br>    Defendant. | Case No: 6:23-cv-01772-AA<br><br>PLAINTIFF'S NOTICE OF DISMISSAL |

    ***Comes Now*** Plaintiff Caesar's Proceeds, LLC, by and through its counsel of record Ross Day of Day Law, P.C., pursuant to FRCP 41(a)(1)(A)(i) provides notice of dismissal of the above-referenced matter without prejudice and without an award of fees or costs to any party.

Respectfully submitted this __6th__ day of February, 2024

    By: __/s/ Ross Day__
        Ross Day, OSB No. 002395
        Of attorneys for Plaintiff